AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| JANE DOE, an individual, | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 5:20-cv-01135-JGB-KKx |
| COUNTY OF SAN BERNARDINO, JULIO GARCIA, PROBATION OFFICER RUTLEDGE, YBON CORTA, DOES 1-10, INCLUSIVE. | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* COUNTY OF SAN BERNARDINO, JULIO GARCIA, PROBATION OFFICER RUTLEDGE, YBON CORTA, DOES 1-10, INCLUSIVE.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    JAMES S. TERRELL (SBN: 170409)
Law Office of JAMES S. TERRELL
15411 Anacapa Road
Victorville, California 92392
E-mail: jim@talktoterrell.com
(760)951-5850

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Carmen Lujan*

Date: 6/3/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:20-cv-01135-JGB-KK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Probation Officer Rutledge
was received by me on *(date)* 06/09/2020 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lisa Arredondo, Incharge , who is designated by law to accept service of process on behalf of *(name of organization)* County of San Bernardino 385 N Arrowhead Ave 2nd floor, San Bernardino, CA 92415 on *(date)* 06/10/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 15.00 for travel and $ _____ for services, for a total of $ 15.00 .

I declare under penalty of perjury that this information is true.

Date: 06/10/2020

*Server's signature*

Douglas L. Crawford, Process Server
*Printed name and title*

P.O.Box 2141, Rialto, Ca. 92376
Reg No. 846 San Bernardino County
(909)355-9303
*Server's address*

Additional information regarding attempted service, etc:
Summons, Notice to parties of court-directed ADR Program, Civil cover sheet, Certificate and notice of interested parties (Local Rule 7.1-1), Complaint for Damages, Standing Order,